# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# DOCKET NO. 5:05CR6

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| JAMES DEAN HAM, | ) | |
| | ) | |
| Defendant. | ) | |

This case came on to be heard before United States Magistrate Judge Carl Horn III in the United States District Court for the Western District of North Carolina on a motion to review defendant's detention conditions.

Based upon representations of counsel for the defendant, it is hereby ORDERED that the defendant be released from custody on condition that he enter in-patient treatment at the New River Behavioral Healthcare center of Ashe or Wilkes County in North Carolina. It is further ORDERED that defendant be released from custody only when a space is immediately available and defendant be taken directly to the above referenced facility.

This 25th day of May, 2005.

_____
HONORABLE CARL HORN, III
UNITED STATES MAGISTRATE JUDGE